UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 06 B 10175
   HOMER D BRYANT JR
                                          CHAPTER 13

                                          JUDGE: JOHN H SQUIRES

         Debtor
   SSN XXX-XX-0599
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 08/20/06 and confirmed on 12/01/06.

   2.  The case was converted to Chapter 7 after confirmation, 04/23/2008.

   3.  The Debtor paid a total of $   2232.00 .

   4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AMERICASH LOANS | UNSECURED | NOT FILED | .00 | .00 |
| ARGENT HEALTHCARE FIN SE | UNSECURED | NOT FILED | .00 | .00 |
| ARGENT HEALTHCARE FIN SE | UNSECURED | NOT FILED | .00 | .00 |
| ASSOCIATED PATHOLOGY CON | UNSECURED | NOT FILED | .00 | .00 |
| AT&T BROADBAND | UNSECURED | NOT FILED | .00 | .00 |
| CHARTER ONE BANK NA | UNSECURED | NOT FILED | .00 | .00 |
| CHECK N GO | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT PROTECTION ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| DUPAGE MEDICAL GROUP | UNSECURED | NOT FILED | .00 | .00 |
| ECONOMY FURNITURE | UNSECURED | 1139.90 | .00 | 19.00 |
| EDWARD HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| EMERGENCY HEALTHCARE PHY | UNSECURED | NOT FILED | .00 | .00 |
| FINGERHUT CREDIT ADVANTA | UNSECURED | 201.59 | .00 | 3.37 |
| FCNB | UNSECURED | NOT FILED | .00 | .00 |
| FIRST PREMIER BANK | UNSECURED | NOT FILED | .00 | .00 |
| GATEWAY FINANCIAL SERV | UNSECURED | NOT FILED | .00 | .00 |
| GREATER SUBURBAN ACCEPTA | UNSECURED | 11296.86 | .00 | 188.26 |
| HINSDALE BANK & TRUST | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| HINSDALE HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| JBC LEGAL GROUP | UNSECURED | NOT FILED | .00 | .00 |
| PREFERRED CAPITAL LENDIN | UNSECURED | 4788.48 | .00 | 79.80 |
| LOYOLA UNIVERSITY MEDICA | UNSECURED | NOT FILED | .00 | .00 |
| NAPERVILLE RADIOLOGISTS | UNSECURED | NOT FILED | .00 | .00 |
| NATIONWIDE ACCEPTANCE | UNSECURED | 2192.41 | .00 | 36.54 |

```
PAY DAY ADVANCE            UNSECURED     NOT FILED              .00         .00
PLAZA FINANCE              UNSECURED     NOT FILED              .00         .00
TRICAP INVESTMENT PARTNE   FILED LATE          .00              .00         .00
SANTA BARBARA BANK & TRU   UNSECURED       204.20               .00        3.40
SHORT TERM LOANS LLC       UNSECURED       137.50               .00        2.29
SURETY FINANCE             UNSECURED       298.00               .00        4.97
CASH STORE                 UNSECURED     NOT FILED              .00         .00
PAYDAY LOAN STORE          UNSECURED     NOT FILED              .00         .00
US BANK                    UNSECURED      1381.22               .00       23.02
VR KUCHIPUDI MD            UNSECURED     NOT FILED              .00         .00
WEST ASSET MANAGEMENT      UNSECURED     NOT FILED              .00         .00
JAY M REESE                REIMBURSEMENT   274.00               .00      274.00
```

Summary of disbursements:

```
                        SECURED      PRIORITY    UNSECURED       OTHER        TOTAL
TOTAL CLMS ALLOWED         .00        274.00     21640.16          .00     21914.16
PRINCIPAL PAID             .00        274.00       360.65          .00       634.65
INTEREST PAID              .00           .00          .00          .00          .00
TOTAL PAID                 .00        274.00       360.65          .00       634.65
```

The Debtor's attorney, JAY M REESE                      , was allowed $   1500.00
and was paid $   1500.00 .

The Trustee received $      97.35 .

Refunds to the Debtor totaled $        .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 07/21/08                 /S/
                                 GLENN STEARNS
                                 CHAPTER 13 TRUSTEE


                              PAGE   2
         CASE NO. 06 B 10175  HOMER D BRYANT JR